IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Petitioner,                    No. CIV-S-05-1775 MCE KJM P

    vs.

STATE OF CALIFORNIA

    Respondent.                <u>FINDINGS AND RECOMMENDATIONS</u>

          Petitioner has filed a document in which he seems to indicate that his primary request is that he be "provided w/all 'civil cases' that has been filed in the United State District Court." He filed the document on a California state court form-application for a writ of habeas corpus. It appears petitioner simply wants information about the status of other cases he has filed. The court will recommend that this action be closed. Petitioner is informed that if he has questions about pending cases he should simply write to the clerk of the courts in which the cases are pending.

          In accordance with the above, IT IS HEREBY RECOMMENDED that this case be closed.

/////

/////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  May 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
mill1775.frs(9.06.05)