IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,                                          No. 2:05-cv-1775-MCE-KJM-P

    Petitioner,

  v.                                                                   <u>ORDER</u>

STATE OF CALIFORNIA,

    Respondent.

_____/

    On July 7, 2006, the court dismissed this action pursuant to the May 2, 2006 recommendation made by the Magistrate Judge assigned to this case. On July 19, 2006, petitioner filed a document indicating petitioner never received a copy of the findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. The court's July 7, 2006 order dismissing this action is vacated;

    2. The Clerk of the Court is directed to send petitioner a copy of the Magistrate Judge's May 2, 2006 findings and recommendations; and

/////

/////

/////

3. Petitioner is granted twenty days within which to file objections to the findings and recommendations. If petitioner fails to file objections within twenty days, the findings and recommendations will be adopted and this action will be dismissed.

DATED: September 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE