IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,  No. 2:05-cv-1775-MCE-KJM-P

      Petitioner,

  v.  ORDER

STATE OF CALIFORNIA,

      Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On May 2, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

1  Petitioner has not filed objections to the Findings and
2  Recommendations.
3       Although it appears from the file that Petitioner's copy of
4  the Findings and Recommendations were returned, Petitioner was
5  properly served.  It is the Petitioner's responsibility to keep
6  the Court apprised of his current address at all times.  Pursuant
7  to Local Rule 83-182(f), service of documents at the record
8  address of the party is fully effective.
9       The Court has reviewed the file and finds the Findings and
10 Recommendations to be supported by the record and by the
11 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
12 that:
13      1.  The Findings and Recommendations filed May 2, 2006, are
14 adopted in full; and
15      2.  This case is closed.
16 DATED: October 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2